UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  FREEMAN LEE ROBINSON, JR.
AKA: FREEMAN ROBINSON

Debtor(s)                               CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant
vs.

FREEMAN LEE ROBINSON, JR.            CASE NO: 1-16-04680-RNO
AKA: FREEMAN ROBINSON

        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 22, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on November 21, 2016.

2. A Confirmation hearing was held and an Order was entered on March 22, 2017 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

Respectfully submitted,

s/ James K. Jones, Esq.
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA  17036
717-566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: FREEMAN LEE ROBINSON, JR.
AKA: FREEMAN ROBINSON

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-16-04680-RNO

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date: | June 28, 2017 |
| --- | --- | --- |
| | Time: | 10:00 AM |

Any objection/response to the above referenced matter must be filed and served on or before: *June 5, 2017.*

If you file and serve an objection/response within the time permitted, a hearing will be held at the above specified date, time and location. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: May 22, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: FREEMAN LEE ROBINSON, JR.
AKA: FREEMAN ROBINSON

CHAPTER 13

CASE NO: 1-16-04680-RNO

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

### CERTIFICATE OF SERVICE

AND NOW, on May 22, 2017, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

LARRY W. WOLF, ESQUIRE
215 BROADWAY
HANOVER, PA 17331-

FREEMAN LEE ROBINSON, JR.
8 PENN COURT
GETTYSBURG, PA 17325

Respectfully Submitted,
s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: May 22, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: FREEMAN LEE ROBINSON, JR.
AKA: FREEMAN ROBINSON

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

FREEMAN LEE ROBINSON, JR.
AKA: FREEMAN ROBINSON

CASE NO: 1-16-04680-RNO

    Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.