UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   FREEMAN LEE ROBINSON, JR.
         AKA: FREEMAN ROBINSON

                 Debtor(s)                    CHAPTER 13

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                 Movant

         vs.

         FREEMAN LEE ROBINSON, JR.            CASE NO: 1-16-04680-RNO
         AKA: FREEMAN ROBINSON

                 Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on June 20, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for failure to

– present a CONFIRMABLE PLAN,

filed on or about May 22, 2017 be withdrawn.  The default has been cured.

                                              Respectfully Submitted,
                                                /s/ Charles J. DeHart, III
                                              Charles J. DeHart, III, Trustee
                                              8125 Adams Drive, Suite A
                                              Hummelstown, PA  17036
                                              Phone:  (717) 566-6097

Dated: June 20, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: FREEMAN LEE ROBINSON, JR.
AKA: FREEMAN ROBINSON

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-16-04680-RNO

FREEMAN LEE ROBINSON, JR.
AKA: FREEMAN ROBINSON

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Attorney for Debtor, has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on June 20, 2017.

I hereby certify that if Debtor is not represented by counsel, Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the address below on June 20, 2017.

FREEMAN LEE ROBINSON, JR.
8 PENN COURT
GETTYSBURG, PA 17325

LARRY W. WOLF, ESQUIRE
215 BROADWAY
HANOVER, PA 17331-

Respectfully Submitted,
/s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: June 20, 2017