LARRY W. WOLF, P.C.
Attorney at Law
215 Broadway
Hanover, Pennsylvania 17331
(717) 632-0067
FAX (717) 632-6405

August 29, 2018

Clerk of the Bankruptcy Court
P O Box 908
Harrisburg PA 17108

    RE:    Freeman L. Robinson, Jr.
            Chapter 13 Petition
            No. 1- 16-04680

Dear Clerk:

Please change the above debtor's address as follows:

Address currently on petition   8 Penn Court
                                      Gettysburg, PA 17325

**New address:**  Freeman L. Robinson, Jr.
                      1700 Mountain View Road
                      Apt.4
                      Harrisburg, PA 17110

Thank you.

.                                             Very truly yours,


                                             /s/ <u>Larry W. Wolf, Esquire</u>


LWW:emp