United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                              Case No. 16-04680-HWV
Freeman Lee Robinson, Jr.                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: Christoph         Page 1 of 1          Date Rcvd: Nov 14, 2019
                            Form ID: pdf010          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db            +Freeman Lee Robinson, Jr.,   1700 Mountain View Road,   Apt. 4,   Harrisburg, PA 17110-3261
4855329       +Federal National Mortgage Assoc.,   Rushmore Loan Management Services,   P O Box 52708,
               Irvine, CA 92619-2708
4855330        GLESI,   P O Box 7860,   Madison, WI 53707-7860
4855331       +Jennie C. Tsai, Esquire,   Phelan Hallinan Diamond & Jones,   1617 JFK Blvd., Suite 1400,
               Philadelphia, PA 19103-1814
4855332       +Kimberly A. Little, Tax Collector,   3425 Baltimore Pike,   Littlestown, PA 17340-9795
4875651       +Red Rock Municipal Authority,   c/o Bernard A Yannetti Jr Esq,   126 Baltimore Street,
               Gettysburg, PA 17325-2347
4855333       +Source Recovery,   P O Box 450,   Springfield, PA 19064-0450
4860784       +Suburban Propane,   PO Box 206,   Whippany, NJ 07981-0206
4873473        US DEPT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,   MADISON WI 53708-8973
4895889       +Wilmington Savings Fund Society, FSB,   c/o Rushmore Loan Management Services,   P.O. Box 55004,
               Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4858328       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 19:06:49
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4855334        E-mail/Text: kcm@yatb.com Nov 14 2019 19:05:11     York Adams Tax Bureau,   1405 N. Duke Street,
               P O Box 15627,   York, PA 17405-0156
                                                                                   TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
             Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
             James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
              Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
              bkgroup@kmllawgroup.com
             Larry W. Wolf    on behalf of Debtor 1 Freeman Lee Robinson, Jr. ephillips@larrywwolf.com
             United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **Freeman Lee Robinson, Jr.** | **Chapter:** | **13** |
| **aka Freeman Robinson** | | |
| **Debtor 1** | **Case No.:** | **1:16-bk-04680-HWV** |
| | **Document No.:** | **45** |

### ORDER VACATING

**IT IS HEREBY ORDERED** that the Discharge of Debtor 1 entered erroneously on October 2, 2019, is being vacated by this Order.

Dated: November 14, 2019

By the Court,

Henry W. Van Eck, Bankruptcy Judge (JH)

Order Vacating - Revised 04/18