In re:  
Freeman Lee Robinson, Jr.  
    Debtor

Case No. 16-04680-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: Christoph    Page 1 of 1    Date Rcvd: Dec 17, 2019  
Form ID: fnldecnd    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2019.

```
db            +Freeman Lee Robinson, Jr.,    1700 Mountain View Road,    Apt. 4,    Harrisburg, PA 17110-3261
4855329       +Federal National Mortgage Assoc.,    Rushmore Loan Management Services,    P O Box 52708,
                Irvine, CA 92619-2708
4855330        GLESI,    P O Box 7860,    Madison, WI 53707-7860
4855331       +Jennie C. Tsai, Esquire,    Phelan Hallilnan Diamond & Jones,    1617 JFK Blvd., Suite 1400,
                Philadelphia, PA 19103-1814
4855332       +Kimberly A. Little, Tax Collector,    3425 Baltimore Pike,    Littlestown, PA 17340-9795
4875651       +Red Rock Municipal Authority,    c/o Bernard A Yannetti Jr Esq,    126 Baltimore Street,
                Gettysburg, PA 17325-2347
4855333       +Source Recovery,    P O Box 450,    Springfield, PA 19064-0450
4860784       +Suburban Propane,    PO Box 206,    Whippany, NJ 07981-0206
4873473        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
4895889       +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4858328       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2019 19:14:59
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4855334        E-mail/Text: kcm@yatb.com Dec 17 2019 19:12:03     York Adams Tax Bureau,    1405 N. Duke Street,
                P O Box 15627,    York, PA 17405-0156
                                                                                             TOTAL: 2
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Debtor 1 Freeman Lee Robinson, Jr. ephillips@larrywwolf.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Freeman Lee Robinson Jr., aka Freeman Robinson, | Chapter 13 |
| **Debtor 1** | Case No. 1:16–bk–04680–HWV |

Social Security No.:
    xxx–xx–1588

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Freeman Lee Robinson Jr.** in accordance with §1328 of the Bankruptcy Code.

Dated: December 17, 2019

By the Court,

*/s/ Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

**fnldec** (05/18)